# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Egbert S. King,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                       3:10cv536

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2011 Order.

                                                Signed: December 5, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court